IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,160

In the Matter of FORREST A. LOWRY,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On December 2, 2022, the court suspended Forrest A. Lowry's Kansas law license for a 90-day period, stayed pending the successful completion of a 3-year probation plan beginning January 21, 2021. *In re Lowry*, 316 Kan. 684, 520 P.3d 727 (2022).

On August 7, 2024, Lowry sought discharge from probation. See Supreme Court Rule 227(g)(1) (2024 Kan. S. Ct. R. at 281) (probation discharge). The Office of the Disciplinary Administrator (ODA) responded that Lowry has complied with his probation, confirmed Lowry's eligibility to be discharged from probation, and voiced no objection to such discharge.

The court notes the ODA's response, grants Lowry's motion, and fully discharges Lowry from probation. Accordingly, this disciplinary proceeding is closed.

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Lowry.

Dated this 27th day of August 2024.

ROSEN and BILES, JJ., not participating